UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DANIEL MILES,** § § § **Plaintiff,** § **v.** § § **MERCANTILE ADJUSTMENT** § **BUREAU, LLC,** § § **Defendant.** § § | **Case No. 2:16-cv-04263-SJF-AYS** |

## NOTICE OF PENDING SETTLMENT

Defendant, Mercantile Adjustment Bureau, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Defendant, Mercantile Adjustment Bureau, LLC ("MAB) has reached a settlement with plaintiff, Daniel Miles ("Plaintiff"), with regard to this case and is presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, Plaintiff and Defendant will file the appropriate dismissal documents with the Court.

Dated: Friday, October 21, 2016   Respectfully Submitted,

*/s/ Aaron R. Easley, Esq.*
Aaron R. Easley, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL
3 Cross Creek Dr.
Flemington, NJ 08822-4938
Telephone No.: (908) 237-1660
Facsimile No.: (908) 237-1663
E-mail: aeasley@sessions.legal
*Attorneys for Defendant,*
*Mercantile Adjustment Bureau, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2016, I served a copy of the foregoing upon the following via electronic mail:

Edward B. Geller, Esq.
M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, NY  10017
*Attorneys for Plaintiff*


By:   */s/ Aaron R. Easley, Esq.*
       Aaron R. Easley, Esq.
       *Attorney for Defendant*
       *Mercantile Adjustment Bureau, LLC*