UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 24 2016 ★

LONG ISLAND OFFICE

| | |
|---|---|
| DANIEL MILES, | § |
| Plaintiff, | § § § |
| v. | § § Case No. 2:16-cv-04263-SJF-AYS |
| MERCANTILE ADJUSTMENT BUREAU, LLC, | § § § |
| Defendant. | § § |

### NOTICE OF PENDING SETTLMENT

Defendant, Mercantile Adjustment Bureau, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Defendant, Mercantile Adjustment Bureau, LLC ("MAB) has reached a settlement with plaintiff, Daniel Miles ("Plaintiff"), with regard to this case and is presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, Plaintiff and Defendant will file the appropriate dismissal documents with the Court.

Dated: Friday, October 21, 2016    Respectfully Submitted,

　　　　　　　　　　　　　　　　/s/ Aaron R. Easley, Esq.
　　　　　　　　　　　　　　　　Aaron R. Easley, Esq.
　　　　　　　　　　　　　　　　SESSIONS, FISHMAN, NATHAN & ISRAEL
　　　　　　　　　　　　　　　　3 Cross Creek Dr.
　　　　　　　　　　　　　　　　Flemington, NJ 08822-4938
CASE CLOSED,　　　　　　　　　Telephone No.: (908) 237-1660
SO ORDERED:　　　　　　　　　Facsimile No.: (908) 237-1663
　　　　　　　　　　　　　　　　E-mail: aeasley@sessions.legal
　　　　　　　　　　　　　　　　*Attorneys for Defendant,*
s/ Sandra J. Feuerstein　　　　　*Mercantile Adjustment Bureau, LLC*
　　　　　10/24/2016

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2016, I served a copy of the foregoing upon the following via electronic mail:

> Edward B. Geller, Esq.
> M. Harvey Rephen & Associates, P.C.
> 708 Third Avenue, 6th Floor
> New York, NY  10017
> *Attorneys for Plaintiff*

By: */s/ Aaron R. Easley, Esq.*
Aaron R. Easley, Esq.
*Attorney for Defendant*
*Mercantile Adjustment Bureau, LLC*